IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KOPAL and LISA KOPAL,

    Plaintiffs,

  v.

MARTEN TRANSPORT, LTD., a Wisconsin Corporation; and LESLIE D. BIGBY, an Arkansas Resident; and DOES 1 through 20, inclusive,

    Defendants.

CIV-S-05-0363 DFL-JFM

ORDER

    Plaintiff Ronald and Lisa Kopal bring this action to recover damages for personal injuries resulting from an accident that occurred on March 8, 2003. Stevens Transport, Inc. ("Stevens") moves to intervene under Fed.R.Civ.P. 24(b) as a plaintiff in this action to assert its claim for reimbursement of worker's compensation benefits it paid to its employee, Ronald Kopal, and to Ronald Kopal's health providers, for the injuries Kopal allegedly suffered as a result of the March 8, 2003 accident. Both the defendants and the plaintiffs have filed statements of

non-opposition to this motion.  Having reviewed the papers submitted by the parties, the court finds that intervention is appropriate under Rule 24(b).  Accordingly, the motion to intervene is GRANTED.

       IT IS SO ORDERED.

Dated: 7/11/2005

                            DAVID F. LEVI
                            United States District Judge