HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN J. GRAY, State Bar No. 142685
GREGORY J. SOWDER, State Bar No. 196158
650 California Street, 19th Floor
San Francisco, California 94108
Telephone (415) 288-6600

Attorneys for MARTEN TRANSPORT, LTD and
LESLIE D. BIGBY



FILED

APR 3 2006

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KOPAL and LISA KOPAL,

    Plaintiffs,

v.

MARTEN TRANSPORT, LTD., a Wisconsin corporation; and LESLIE D. BIGBY, an Arkansas resident; and DOES 1 through 20, inclusive,

    Defendants.

CASE NO. 2:05-CV-00363-DFL-JFM

**STIPULATION AND ORDER FOR DISMISSAL RE PLAINTIFF LISA KOPAL**

    Plaintiff LISA KOPAL and Defendants MARTEN TRANSPORT, LTD and LESLIE D. BIGBY file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

    The Complaint was filed on February 24, 2005.

    Plaintiff LISA KOPAL and Defendants MARTEN TRANSPORT, LTD and LESLIE D. BIGBY have settled all aspects of her claims asserted in the lawsuit.

    Plaintiff LISA KOPAL moves to dismiss her lawsuit.

    Defendants MARTEN TRANSPORT, LTD and LESLIE D. BIGBY, who have answered the Complaint, agree to the dismissal.

    This case is not a class action and no receiver has been appointed.

1   Plaintiff has not dismissed an action based on or including the same claim or claims as those
2   presented in the lawsuit.
3   This dismissal is with prejudice.
4   Wherefore, plaintiff and defendants, by and through their attorneys of record, stipulate.

DATED: March 31, 2006          HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
    GREGORY J. SOWDER
    Attorneys for MARTEN TRANSPORT, LTD
    and LESLIE D. BIGBY

DATED: March __, 2006          LAW OFFICES OF KENNETH N. MELEYCO

By: _____
    KENNETH N. MELEYCO
    Attorneys for RONALD KOPAL AND LISA
    KOPAL

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED THAT THE COMPLAINT AS TO PLAINTIFF LISA KOPAL ONLY IS DISMISSED WITH PREJUDICE:

Date: 3/31/2006          _____
                         DAVID F. LEVI, U.S.D.J.

A:\Stip and Order re dism.wpd            -2-

SUPPLEMENTAL JOINT PRE-TRIAL STATEMENT