1  KENNETH N. MELEYCO, ESQ., CSB #57785
   LAW OFFICES OF KENNETH N. MELEYCO
2  2155 WEST MARCH LANE, SUITE 1C
   STOCKTON, CALIFORNIA  95207-6420
3  TELEPHONE:   (209) 476-0851
   FACSIMILE:    (209) 476-9429
4
5  J. DAVID APPLE, ESQ., Texas Bar #1278850
   APPLE & NORRIS, L.L.P.
   702 SOUTH DENTON TAP ROAD, SUITE 120
6  COPPELL, TEXAS  75019-4541
   TELEPHONE:   (972) 745-2700
7  FACSIMILE:    (972) 745-2770
   *(Admitted Pro Hac Vice)*
8
   ATTORNEY FOR PLAINTIFFS
9  RONALD KOPAL AND LISA KOPAL

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12 RONALD KOPAL and LISA KOPAL,      )   CASE NO. 2:05-CV-00363-DFL-JFM
                                     )
13              Plaintiffs,          )   ORDER PERMITTING WITHDRAWAL
         vs.                         )   OF KENNETH N. MELEYCO AND
14                                   )   APPLE & NORRIS, LLP
   MARTEN TRANSPORT, LTD.,           )   AS ATTORNEYS OF RECORD
15 a Wisconsin corporation; and      )
   LESLIE D. BIGBY, an Arkansas      )
16 resident; and DOES 1 through      )
   20, inclusive;                    )   DATE:    May 3, 2006
17                                   )   TIME:    9:30 AM
                Defendants.          )   DEPT:    Courtroom 7
18 _____   )   TRIAL:   Not Set

19

20         The Court having read and considered the motion by Attorneys Kenneth N. Meleyco

21 of the Law Offices of Kenneth N. Meleyco and J. David Apple of the Law Offices of Apple &

22 Norris, LLP, and

23         **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Kenneth N.

24 Meleyco of the Law Offices of Kenneth N. Meleyco and J. David Apple of the Law Offices of

25 Apple & Norris, LLP, are permitted to withdraw as attorneys of record for Plaintiff RONALD

26 ////////

27 ////////

28
                                          1
   _____
              ORDER PERMITTING WITHDRAWAL AS ATTORNEYS OF RECORD

1  KOPAL and further, that Plaintiff RONALD KOPAL is substituted in pro per to represent himself.
2  Mr. Kopal's address is 6301 Leader Street, Houston, Texas 77074-6401, and his E-mail address
3  is ronald.kopal@sbcglobal.net.
4  **DATED: November 15, 2006**

/s/ David F. Levi
**DAVID F. LEVI**
**U. S. DISTRICT COURT JUDGE**

2

_____
ORDER PERMITTING WITHDRAWAL AS ATTORNEYS OF RECORD