IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KOPAL, et al,

    Plaintiffs,                    Civ. No. S-05-363-DFL JFM

  v.                             ORDER TO SHOW CAUSE

MARTEN TRANSPORT, et al.,

    Defendants.

_____/

AND RELATED COMPLAINT-IN-INTERVENTION

_____/

    The court orders plaintiff Kopal to show cause in 14 days why his claims should not be dismissed for his failure to attend the pretrial conference.

    IT IS SO ORDERED.

Dated: May 23, 2007

                                        /s/ David F. Levi
                                        DAVID F. LEVI
                                        United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26