SUZANNE M. TRIMBLE – SBN 72969
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350
Post Office Box 590 (95812-0590)
Sacramento, California 95833
Telephone:  (916) 444-8271

Attorneys for Plaintiff-in-Intervention
STEVENS TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RONALD KOPAL, ET AL.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARTEN TRANSPORT, ET AL.<br><br>　　　　Defendants.<br>_____/<br><br>AND RELATED<br>COMPLAINT-IN-INTERVENTION.<br>_____/ | Case No.  2:05-CV-00363-RRB-JFM<br><br>**STIPULATION FOR ORDER OF DISMISSAL AND ORDER OF DISMISSAL** |

　　　Plaintiff in Intervention Stevens Transport, Inc. by and through its counsel of record, Suzanne M. Trimble, and defendants Marten Transport, Ltd. and Leslie Bigby by and through their counsel of record, Kevin Jaime Gray, having agreed to a settlement of the Complaint in Intervention hereby stipulate that the Complaint in Intervention can be dismissed with prejudice, and that this Court may also enter an order of dismissal with prejudice to any and all claims by plaintiff Ronald Kopal, who remains as plaintiff in pro per.

//

DATED: April 16, 2008          HARRINGTON, FOXX, DUBROW & CANTER

*/s/ KEVIN GRAY*
_____
BY:   KEVIN GRAY
      Attorneys for MARTEN TRANSPORT, LTD
      And LESLIE D. BIGBY

DATED: April 18, 2008          TRIMBLE, SHERINIAN & VARANINI

*/s/ SUZANNE M. TRIMBLE*
_____
BY:   SUZANNE M. TRIMBLE
      Attorneys for Plaintiff in Intervention
      STEVENS TRANSPORT, INC.

DATED: November __, 2007       _____
                               BY:   RONALD KOPAL -IN PRO PER

2

Stipulation and Order of Dismissal and
Proposed Order of Dismissal

SUZANNE M. TRIMBLE – SBN 72969
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350
Post Office Box 590 (95812-0590)
Sacramento, California 95833
Telephone:  (916) 444-8271

Attorneys for Plaintiff-in-Intervention
STEVENS TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RONALD KOPAL, ET AL.<br><br>          Plaintiffs,<br><br>v.<br><br>MARTEN TRANSPORT, ET AL.<br><br>          Defendants.<br>_____/<br><br>AND RELATED<br>COMPLAINT-IN-INTERVENTION.<br>_____/ | Case No.  2:05-CV-00363-RRB-JFM<br><br>**PROPOSED ORDER OF DISMISSAL** |

The court having received and accepted the stipulation by plaintiff in intervention Stevens Transport, Inc. and defendants Marten Transport, Inc. and Leslie Bigbee requesting a dismissal with prejudice of the complaint in intervention by Stevens Transport, Inc. as and between the parties, and this Court may also enter an order of dismissal with prejudice to any and all claims of plaintiff Ronald Kopal, hereby orders the complaint in intervention dismissed with prejudice as to all parties and also orders the dismissal with prejudice to any and all claims of Ronald Kopal, and that said dismissals shall take effect immediately.

DATED: May 6, 2008             /s/ John A. Mendez_____
                               HON. JOHN A. MENDEZ
                               JUDGE, UNITED STATES DISTRICT COURT

3

Stipulation and Order of Dismissal and
Proposed Order of Dismissal